```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 40068
    PAUL V GILBERT
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-3571


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 10/28/2004 and was confirmed 12/29/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 01/21/2009.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
AURORA LOAN SERVICES       CURRENT MORTG    4696.37          .00        4696.37
AURORA LOAN SERVICES       MORTGAGE ARRE     282.43          .00         231.69
CITY OF CHICAGO WATER DE   SECURED           161.47          .00             .00
WELLS FARGO BANK           CURRENT MORTG   30128.63          .00       30128.63
WELLS FARGO BANK           MORTGAGE ARRE    6553.34          .00        5992.46
CAPITAL ONE SERVICES       UNSEC W/INTER  NOT FILED          .00             .00
PEDIATRICS PARTNERS        UNSEC W/INTER  NOT FILED          .00             .00
PEOPLES GAS LIGHT & COKE   UNSEC W/INTER        .00          .00             .00
LEGAL DEFENDERS PC         DEBTOR ATTY     1,694.00                     1,694.00
TOM VAUGHN                 TRUSTEE                                      2,728.17
DEBTOR REFUND              REFUND                                          10.68

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 45,482.00

PRIORITY                                           .00
SECURED                                      41,049.15
UNSECURED                                          .00
ADMINISTRATIVE                                1,694.00
TRUSTEE COMPENSATION                          2,728.17
DEBTOR REFUND                                    10.68
                        ---------------     ---------------
TOTALS                    45,482.00           45,482.00
```

              PAGE   1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 40068 PAUL V GILBERT

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/10/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE